STATE OF NEW JERSEY v. GREGORY BELL AND
ANTHONY PEGUESE.

May 18, 1981.

Petition for certification granted.

THE DEVONSHIRE COLLEGE PREPARATORY SCHOOL v. THE
TOWNSHIP OF MAHWAH.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE RICHARDSON.

May 18, 1981.

Petition for certification denied.

BONNIE WRIGHT v. ROGER VOGEL, SR.

May 18, 1981.

Petition for certification denied.